No. 463. WILLIAM J. DANTE, COLLECTOR, ETC. *v.* ROSE KEELING HUTCHINS. October 11, 1920. Petition for a writ of certiorari to the Court of Appeals of the District

of Columbia denied. *Mr. George E. Sullivan* for petitioner. No appearance for respondent.